1
2
3                       UNITED STATES DISTRICT COURT
4                              DISTRICT OF NEVADA
5                                    * * *
6    RICHARD IDEN,                            Case No. 3:24-cv-00406-MMD-CLB
7                              Plaintiff,                    ORDER
8         v.
     BEAN, *et al.*,
9
                            Defendants.
10

11        *Pro se* Plaintiff Richard Iden has filed a motion for voluntary dismissal, stating that

12   he intends to exhaust his administrative remedies. (ECF No. 7.) Under Federal Rule of

13   Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing

14   "a notice of dismissal before the opposing party serves either an answer or a motion for

15   summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). No answer or motion for summary

16   judgment has been filed.

17        It is therefore ordered that Plaintiff's motion for voluntary dismissal (ECF No. 7) is

18   granted.

19        It is further ordered that this action is dismissed in its entirety without prejudice.

20        The Clerk of Court is further directed to enter judgment accordingly and close this

21   case.

22        DATED THIS 30th Day of September 2024.

23

24        _____
25        MIRANDA M. DU
          CHIEF UNITED STATES DISTRICT JUDGE
26
27
28